IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:02CR40 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LEANDER ROBINSON, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that a revocation hearing is set to commence at **1:00 p.m. on August 30, 2005** before the Hon. Laurie Smith Camp, United States District Judge, in Courtroom #2, United States Courthouse, Omaha, Nebraska.

DATED this 26th day of August, 2005.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge