IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>           Plaintiff,                             )<br>                                                           )<br>    vs.                                              )<br>                                                           )<br>LEANDER ROBINSON,                    )<br>                                                           )<br>           Defendant.                         ) | 8:02CR40<br><br>ORDER |

IT IS ORDERED that the revocation hearing currently scheduled for August 30, 2005, be rescheduled to **Friday, September 9, 2005,** at **1:00 p.m.**, before the Hon. Laurie Smith Camp, United States District Judge, in Courtroom #2, United States Courthouse, Omaha, Nebraska.

DATED this 29th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge