IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR40 |
| v. | ) | |
| LEANDER ROBINSON, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED: The Motion to Continue the Final Dispositional Hearing, Filing No. 42, is set for hearing Monday, January 23, 2006 at 9:00 a.m. before Judge Smith Camp in Omaha, Nebraska, Courtroom #2.  Counsel should be prepared to proceed with the Final Dispositional Hearing if the Motion to Continue is denied.

DATED this 18th day of January, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge