**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR40** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **LEANDER ROBINSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In light of the death of the Defendant, Leander Robinson,

IT IS ORDERED that supervision of the Defendant, Leander Robinson, is terminated.

DATED this 27th day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge